DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNITED STATES HEALTH AGENCY, INC.,** a Florida Corporation d/b/a
**FLORIDA HEALTH AGENCY**, and **WILLIAM B. KOHN**
Appellants/Cross-Appellees,

v.

**CLAUDIA BUENO,**
Appellee/Cross-Appellant.

No. 4D2024-2450

[July 16, 2026]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. 062019CA015045AXXXCE.

Richard S. Lubliner and Nathan A. Kelvy of Lubliner Law PLLC, West Palm Beach, for appellants/cross-appellees.

Robert Wellington Guerrier of the Law Offices of Robert Guerrier, P.A., West Palm Beach, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHEPHERD and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***